Appeal to the court of appeals is allowed, and the court certifies that in its opinion a question of law is involved which ought to be reviewed by the court of appeals. See 68 N. Y. Supp. 5.

---

PROBST, Respondent, v. ROCHESTER STEAM-LAUNDRY CO., Appellant. (Supreme Court, Appellate Division. Fourth Department. March 12, 1901.) Action by John G. Probst against the Rochester Steam-Laundry Company. No opinion. Judgment of county court affirmed, with costs.

---

RAEGENER, Respondent, v. BARTOW, Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1901.) Action by Louis C. Raegener, as receiver, against Willis E. Bartow. G. A. Wyre, for appellant. A. A. Cook, for respondent. No opinion. Judgment and order affirmed, with costs.

---

RAILWAY ADVERTISING CO., Respondent, v. BAGGOT, Appellant. (Supreme Court, Appellate Term. April 22, 1901.) Action by the Railway Advertising Company against Atmore L. Baggot. From a judgment for the plaintiff, defendant appeals. Affirmed. Milton Mayer, for appellant. Einstein & Townsend, for respondent.

PER CURIAM. The sole question here is as to the extent of an agent's authority. The evidence was conflicting. It was submitted to the jury in a fair and careful charge, and we see no reason to interfere with their verdict. Judgment affirmed, with costs.

---

RANKIN, Appellant, v. COLONIAL BANK, Respondent. (Supreme Court, Appellate Division, First Department. April 4, 1901.) Action by William Rankin against the Colonial Bank. A. J. Wise, for appellant. J. F. Miller, for respondent. No opinion. Judgment affirmed, with costs. See 64 N. Y. Supp. 32.

---

RANKIN, Respondent, v. WESTCHESTER ELECTRIC RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 22, 1901.) Action by Mary Rankin against the Westchester Electric Railway Company. No opinion. Order granting new trial affirmed, without costs. All concur, except HIRSCHBERG and JENKS, JJ., who dissent.

---

READ v. HOBART et al. (Supreme Court, Appellate Division, Fourth Department. March 12, 1901.) Action by Laura Read against George H. Hobart and others.

PER CURIAM. Interlocutory judgment affirmed, with costs. Held, that nothing is presented for our review by the appellant's exceptions; also, held, that the motion, made by the appellants upon the argument of the appeal, for leave to file exception to referee's report nunc pro tunc, be denied. All concur, except SPRING, J., who concurs for affirmance on the merits.

---

REGAN, Appellant, v. ROBINSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by Patrick Regan against Andrew J. Robinson and Edward H. Wallace, composing the firm of Robinson & Wallace. No opinion. Judgment and order unanimously affirmed, with costs.

---

REICH, Appellant, v. COCHRAN, Respondent. (Supreme Court, Appellate Division, First Department. March 15, 1901.) Action by Lorenz Reich against William F. Cochran. C. M. Demond, for appellant. D. Nicoll, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re REID. (Supreme Court, Appellate Division, First Department. March 15, 1901.) In the matter of Annie Reid. No opinion. Motion granted, with $10 costs.

---

REILLY, Respondent, v. HILLEN, Appellant. (Supreme Court, Appellate Division, Second Department. March 27, 1901.) Action by John E. Reilly against Mary Hillen. No opinion. Judgment of the municipal court unanimously affirmed, with costs.

---

REILLY, Appellant, v. McCORMACK, Respondent. (Supreme Court, Appellate Term. December 31, 1900.) J. P. Donellan, for appellant. F. L. Eckerson, for respondent.

PER CURIAM. Judgment affirmed, on the opinion of the trial justice, with costs.

---

REISS, Respondent, v. TOWN OF PELHAM, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by August Reiss against the town of Pelham. No opinion. Motion granted, and order signed. See 68 N. Y. Supp. 1147.

---

REYNOLDS v. LEYDEN et al. (Supreme Court, Appellate Division, Fourth Department. April 4, 1901.) Action by John A. Reynolds against Maurice Leyden and others. No opinion. Plaintiff's exceptions overruled, and motion for new trial denied, and judgment ordered on the verdict, with costs of the trial and of this appeal. All concur, except ADAMS, P. J., not voting.

---

RHINELANDER, Appellant, v. FARMERS' LOAN & TRUST CO., Respondent. (Supreme Court, Appellate Division, First Department. March 22, 1901.) Action by Frederick W. Rhinelander against the Farmers' Loan & Trust Company for failure to comply with the terms of a mortgage. From a judgment in favor of defendant, plaintiff appeals. Affirmed. Silas W. Pettit, for appellant. David McClure, for respondent.

PER CURIAM. For the reasons stated in the opinion in the case of Fleisher v. Trust Co. (decided herewith) 69 N. Y. Supp. 437, the judgment appealed from should be affirmed, with costs.